Adrienne C. Publicover (SBN 161432)
Email: adrienne.publicover@wilsonelser.com
Sherida A. Stroble (SBN 202717
Email: sherry.stroble@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 443-5100
Facsimile: (213) 443-5101
Attorneys for Defendant(s)
BECHTEL CORPORATION EMPLOYEE
WELFARE BENEFIT PLAN and LIFE
INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY LA FRANO,<br><br>                 Plaintiff,<br><br>v.<br><br>BECHTEL CORPORATION EMPLOYEE WELFARE BENEFIT PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                 Defendants. | Case No.: CV08 8654 SJO (AGRx)<br>Action Filed: December 31, 2008<br>Judge: Hon. S. James Otero<br><br>**DEFENDANTS' NOTICE OF CERTIFICATION OF INTERESTED PARTIES AND CORPORATE DISCLOSURE** |

     Pursuant to Federal Rule of Civil Procedure, Rule 7.1, the undersigned, counsel of record for Defendants BECHTEL CORPORATION EMPLOYEE WELFARE BENEFIT PLAN ("PLAN") and LIFE INSURANCE COMPANY OF NORTH AMERICA  certifies that there are no other interested parties other than LIFE INSURANCE COMPANY OF NORTH AMERICA who have a direct, pecuniary interest in the outcome of this case.

     LINA is 100% owned by Connecticut General Corporation, which is in turn 100% owned by CIGNA Holdings, Inc., which is 100% owned by CIGNA Corporation.  CIGNA Corporation is the only publicly traded company in the chain.  None of the companies has any control over the operations or decision making of Defendant or has a direct interest in the outcome of the case.

1     These representations are made to enable the Court to evaluate possible
2 disqualification or recusal.

3

4 DATED: May 12, 2009                             WILSON, ELSER, MOSKOWITZ,
5                                                         EDELMAN & DICKER LLP

6

7                                                By: _____
                                                  Adrienne C. Publicover
                                                  Sherida A. Stroble
8                                                  Attorneys for Defendants BECHTEL
                                                 CORPORATION EMPLOYEE
9                                                  WELFARE BENEFIT PLAN and
                                                 LIFE INSURANCE COMPANY OF
10                                                NORTH AMERICA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF CERTIFICATION OF INTERESTED PARTIES AND CORPORATE DISCLOSURE
776440.1